In the Matter of ESTELLE AARONSON, Appellant and Respondent, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, Respondents. LEONARD R. HAN-OWER et al., Respondents and Appellants.

In the Matter of JOSEPH ROSS et al., Appellants and Respondents, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, Respondents. LEONARD R. HAN-OWER et al., Respondents and Appellants.

Argued September 1, 1949; decided September 1, 1949.

*Abraham Kaplan* and *Nelson K. Scherer* for Estelle Aaronson and others, appellants and respondents.

*Harold A. Bogin* and *Irving J. Schultz* for Leonard R. Hanower and others, respondents and appellants.

*Ferdinand I. Haber* for Democratic County Committee of Nassau County, *amicus curiæ,* in support of affirmance.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.